**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Abel Vasquez, et al.
                    Plaintiff,
v.                                          Case No.: 1:19–cv–04126
                                            Honorable Thomas M. Durkin
CSX Transportation, Inc
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 21, 2020:

MINUTE entry before the Honorable Sheila M. Finnegan: Status and motion hearing held on 2/21/2020. The parties report that: (1) they have scheduled the deposition of Defendant's Rule 30(b)(6) witness and do not have any disputes regarding the noticed topics; (2) they are in the process of scheduling several other depositions to be completed before the close of discovery; and (3) Plaintiffs will propound a limited third set of interrogatories to follow up on Defendant's previous interrogatory answers. After hearing argument and for the reasons stated on the record, Plaintiffs' Motion to Compel Further Responses to Abel Vasquez's Request for Production No. 2 [32] is denied without prejudice since as written it is overbroad in seeking documents that are not relevant to any claim or defense and not proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1). For example, Plaintiffs were unable to demonstrate any basis for obtaining Mr. Spencer's entire personnel file, including his job application from 18 years ago or every performance evaluation over 18 years. Nor were they able to articulate why every complaint made against Mr. Spencer regardless of subject matter is conceivably relevant. Plaintiffs may revise the discovery requests to include subject matter limitations in line with Plaintiffs' allegations and claims (e.g., complaints related to safety issues or alleging retaliation, or performance evaluations reflecting bonuses for avoiding train delays). If a revised RFP 2 is served, this shall be done promptly, and the parties shall then meet and confer in an effort to eliminate or narrow any disputes before Plaintiffs file another motion to compel. Status hearing is set on 3/23/2020 at 11:00 a.m.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.