# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Abel Vasquez, et al.

         Plaintiff,

v.              Case No.: 1:19–cv–04126
              Honorable Thomas M. Durkin

CSX Transportation, Inc

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2020:

  MINUTE entry before the Honorable Thomas M. Durkin: The parties have reached a settlement agreement. The case is dismissed without prejudice, and will convert to a dismissal with prejudice in 45 days, unless a motion to extend is filed. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.